# Cantrell v. Pridgen.

APPEAL from Cherokee Chancery Court.

Heard before the Hon. S. K. MCSPADDEN.

C. DANIEL, for appellants.

DENSON & BURNETT, *contra.*

The bill was filed by the appellees against the appellants to enforce a vendor's lien. Motion to strike out assignments of error was granted. Decree affirmed.

Opinion by MCCLELLAN, J.